**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 26-1121**

───────────────

ANGELA IVEY THOMAS,

        Plaintiff - Appellant,

    v.

MARYLAND; GLADYS M. WEATHERSPOON; THOMAS W. HODGE; JOHN
A. ANSELL; BROCK & SCOTT, PLLC,

        Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
Paula Xinis, District Judge.  (8:24-cv-00980-PX)

───────────────

Submitted:  July 16, 2026                                    Decided:  July 21, 2026

───────────────

Before WILKINSON, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Angela Ivey Thomas, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angela Ivey Thomas seeks to appeal the district court's order striking her third motion to reopen and vacate the court's prior order remanding the foreclosure action against Thomas to state court. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on December 17, 2025, and the appeal period expired on January 16, 2026. Thomas filed the notice of appeal on February 2, 2026. Because Thomas failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*